AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

RICK GRESS,

                Plaintiff,

                v.

CONOVER INSURANCE, INC., a Washington corporation,

                Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-3056-RMP

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that the action is Dismissed With Prejudice and without costs as to any party pursuant to the Order entered September 16, 2011, Ct. Rec. 54. Judgment is entered against Plaintiff and in favor of Defendant.

September 16, 2011                               JAMES R. LARSEN
*Date*                                                    *Clerk*
                                                           s/ Shirley Peters
                                                           *(By) Deputy Clerk*
                                                           Shirley Peters